**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENCORE MUSIC PRESENTS RECORDS, LLC, <br>                   Plaintiff, <br> vs. <br> BOB CROSBY, et al., <br>                   Defendants. | Case No. 2:11-cv-00094-KJD-PAL <br><br> **ORDER** <br><br> (Mtn to Modify - Dkt. #14) |

The court held a hearing on Defendants' Motion to Modify Scheduling Order to Continue Pretrial Order Due Date and for Referral to Settlement Officer (Dkt. #14) on November 15, 2011. John DaCorsi appeared on behalf of Defendants Bob Crosby and Tony Butala. Tyler Andrews appeared on behalf of Plaintiff Encore Music Presents Records, LLC. The court has considered the motion and the representations of counsel made at the hearing.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Defendants' Motion to Modify (Dkt. #14) is GRANTED.
2. A settlement conference will be held on **January 26, 2012, at 9:30 a.m.** A separate order will enter detailing the requirements for the settlement conference.
3. The joint pretrial order will be due thirty days after the settlement conference in the event settlement negotiations are unsuccessful.

Dated this 15th day of November, 2011.

                                                                                            PEGGY A. LEEN <br>
                                                                                            UNITED STATES MAGISTRATE JUDGE